IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THOMAS H FLUHARTY, Trustee of the
Chapter 11 Bankruptcy Estates of:
   Dennis Ray Johnson, II (No. 3:16-BK-
30227); et al,

   Plaintiffs,

v.

PEOPLES BANK, NA, et al,

   Defendants.

Case No. 3:17-cv-04220

The Honorable Robert C. Chambers

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECEIVERSHIP

COMES NOW Thomas H. Fluharty, Esq., Trustee of the Bankruptcy Estate of Dennis R. Johnson and pursuant to FRCP Rule 56(a), moves for partial summary judgment on a portion of plaintiff's claim herein, to-wit, for a ruling that despite the proceedings in *Peoples Bank, NA v. Appalachian Mining and Reclamation, LLC, et al*, (Case No. 15-C-807, Circuit Court of Cabell County, West Virginia) ("the State Court action"), defendant Dennis Burkons was never a receiver under West Virginia law because neither he nor anyone else ever posted a receiver bond in the State Court action

This motion is made on the basis of the Complaint (ECF Doc. 1) and the document attached hereto as **Exhibit 1**, a Certification of the Clerk of Circuit Court of Cabell County in Case No. 15-C-807. For the above reasons and on the grounds stated in the Memorandum in Support filed herewith, plaintiff asks the Court for partial summary judgment ruling that defendant Burkons was never a receiver despite the proceedings in the State Court action.

{00154827.1}

Respectfully submitted,

THOMAS H. FLUHARTY, Trustee of the Chapter 11 Bankruptcy Estates of:
Dennis Ray Johnson, II; DJWV2, LLC; Southern Marine Services, LLC; Southern Marine Terminal, LLC; Redbud Dock, LLC; Green Coal, LLC; Appalachian Mining & Reclamation, LLC; Producer's Land, LLC; Producer's Coal, Inc.; & Joint Venture Development, LLC

By: /s/ _____
             Of Counsel

Patrick S. Cassidy, Esq. (WV State Bar No. 671)
Thomas M. Cunningham, Esq. (WV State Bar No. 6569)
CASSIDY, COGAN,
SHAPELL & VOEGELIN, L. C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003
Telephone: (304) 232-8100
Facsimile: (304) 232-8200
pcassidy@walslaw.com
tmc@walslaw.com

Martin P. Sheehan, Esq. (WV State Bar No. 4812)
SHEEHAN & NUGENT, PLLC
41 Fifteenth Street
Wheeling, WV 26003
Telephone: (304) 232-1064
Facsimile: (304) 232-1066
sheehanbankruptcy@wvdsl.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THOMAS H FLUHARTY, Trustee of the
Chapter 11 Bankruptcy Estates of:
   Dennis Ray Johnson, II (No. 3:16-BK-30227); et al,

      Plaintiffs,

v.

PEOPLES BANK, NA, et al,

      Defendants.

Case No. 3:17-cv-04220

The Honorable Robert C. Chambers

## CERTIFICATE OF SERVICE

This is to certify that on the ____ day of January, 2018, the foregoing *Plaintiff's Motion for Partial Summary Judgment on Receivership* was filed electronically via the Court's EM/ECF filing system, which will send notification of such filing to all counsel of record.

LISA M ZARING ESQ
MONTGOMERY RENNIE & JONSON
36 E SEVENTH ST, SUITE 2100
CINCINNATI OH 45202
LZaring@mrjlaw.com
*Counsel for Peoples Insurance Agency, LLC*

CAROL P. SMITH, ESQ.
FROST BROWN TODD
LAIDLEY TOWER – SUITE 401
500 LEE STREET, EAST
CHARLESTON, WV 25301
csmith@fbtlaw.com
*Counsel for Great American Insurance Company of New York*

RONDA L. HARVEY, ESQ.
STUART MCMILLAN, ESQ.
BOWLES RICE, LLP
PO BOX 1386
CHARLESTON, WV 25325-1386
rharvey@bowlesrice.com
*Counsel for Zackary B. Burkons*

KIRK B. BURKLEY, ESQ.
JOHN J. RICHARDSON, ESQ.
BERNSTEIN-BURKLEY, PC
GULF TOWER, SUITE 2200
707 GRANT STREET
PITTSBURGH, PA 15219
kburkley@bernsteinlaw.com
jrichardson@bernsteinlaw.com
*Counsel for Peoples Bank, NA*

ARCH W. RILEY, JR., ESQ.
BERNSTEIN-BURKLEY, PC
PO BOX 430
WHEELING, WV 26003
ariley@bernsteinlaw.com
*Counsel for Peoples Bank, NA*

3

By: /s/_____<br>Of Counsel

Patrick S. Cassidy, Esq. (WV State Bar No. 671)
Thomas M. Cunningham, Esq. (WV State Bar No. 6569)
CASSIDY, COGAN,
SHAPELL & VOEGELIN, L. C.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003
Telephone: (304) 232-8100
Facsimile: (304) 232-8200
pcassidy@walslaw.com
tmc@walslaw.com

Martin P. Sheehan, Esq. (WV State Bar No. 4812)
SHEEHAN & NUGENT, PLLC
41 Fifteenth Street
Wheeling, WV 26003
Telephone: (304) 232-1064
Facsimile: (304) 232-1066
sheehanbankruptcy@wvdsl.net