IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THOMAS A. FLUHARTY, et al

    Plaintiffs,

                             Case No:  3:17-cv-4220

v.

PEOPLE'S BANK, NA, et al

    Defendants.

## PEOPLES BANK'S LIMITED RESPONSE TO JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER

AND NOW, comes Defendant, Peoples Bank, by and through the undersigned counsel, Bernstein-Burkley, P.C., and files this Limited Response and Consent to the Joint Motion for Continuance of the Scheduling Order in this matter and states in support thereof as follows:

1.    Peoples Bank consents to the relief requested by the Joint Motion for Continuance consisting of a 90-day extension of certain litigation deadlines set forth in the current Scheduling Order, with two caveats:

    a.    That Peoples Bank's consent to the Joint Motion for Continuance should not be construed as a waiver of its right to conduct discovery in any other currently pending related bankruptcy proceeding, Adversary Proceeding or other legal action of any kind.  Peoples Bank expressly reserves all rights to conduct discovery in any other currently pending or future legal action, regardless of the nature of the action or the subject of the requested discovery; and

    b.    That Peoples Bank's consent to the Joint Motion for Continuance shall not be construed or understood in any way as a request by the Bank that this Court either stay or delay ruling on its pending Motion to Dismiss.

Dated: August 20, 2018                    Respectfully submitted,

                                          BERNSTEIN-BURKLEY, P.C.

                                          By: */s/John J. Richardson*_____
                                          John J. Richardson, Esquire
                                          707 Grant Street
                                          Suite 2200 Gulf Tower
                                          Pittsburgh, PA  15219
                                          (412) 456-8107 Telephone
                                          (412) 456-8135 Facsimile
                                          jrichardson@bernsteinlaw.com
                                          *Counsel for Defendant People's Bank, NA*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2018, the foregoing Joinder and Limited Response was served via the Court's CM/ECF upon all counsel of record.


BERNSTEIN-BURKLEY, P.C.

By: */s/John J. Richardson*
           John J. Richardson, Esq.