IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

THOMAS H. FLUHARTY,
Trustee of the Chapter 11 Bankruptcy Estates of
Dennis Ray Johnson, II (No. 3:16-BK-30227);
DJWV2, LLC (No. 3:16-BK-30062);
Southern Marine Services, LLC (No. 3:16-BK-30063);
Southern Marine Terminal, LLC (No. 3:17-BK-30064);
Redbud Dock, LLC (No. 3:16-BK-30398);
Green Coal, LLC (No. 3:16-BK-30399);
Appalachian Mining & Reclamation, LLC (No. 3:16-BK-30400)
Producer's Land, LLC (3:16-BK-30401);
Producer's Coal, Inc. (3:16-BK-30402);
Joint Venture Development, LLC (No. 3:16-BK-30403),

        Plaintiffs,

v.             CIVIL ACTION NO.   3:17-4220

PEOPLES BANK, NA,
PEOPLES INSURANCE AGENCY, LLC, and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK.

        Defendants.

**ORDER**

  Pending before the Court are Defendant Great American Insurance Company of New York's ("Great American") Motion to Set a Hearing on Motion to Dismiss (ECF No. 38) and Defendant Peoples Bank, N.A.'s ("Peoples Bank") Motion to Set a Hearing on Motion to Dismiss (ECF No. 44). Given that the Court has resolved both Motions to Dismiss (ECF No. 95 & 101) the Court **DENIES** the two Motions to a Set Hearing as moot.

  The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:          September 17, 2018

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE