IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

THOMAS H. FLUHARTY,
Trustee of the Chapter 11 Bankruptcy Estates of
Dennis Ray Johnson, II (No. 3:16-BK-30227);
DJWV2, LLC (No. 3:16-BK-30062);
Southern Marine Services, LLC (No. 3:16-BK-30063);
Southern Marine Terminal, LLC (No. 3:17-BK-30064);
Redbud Dock, LLC (No. 3:16-BK-30398);
Green Coal, LLC (No. 3:16-BK-30399);
Appalachian Mining & Reclamation, LLC (No. 3:16-BK-30400)
Producer's Land, LLC (3:16-BK-30401);
Producer's Coal, Inc. (3:16-BK-30402);
Joint Venture Development, LLC (No. 3:16-BK-30403),

       Plaintiffs,

v.          CIVIL ACTION NO. 3:17-4220

PEOPLES BANK, NA,
PEOPLES INSURANCE AGENCY, LLC, and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK.

       Defendants.

**ORDER**

  Pending before the Court is Defendant Great American Insurance Company of New York's ("GAIC") Motion to Bifurcate and Stay Discovery, which was filed on February 16, 2018. ECF No. 53. However, on August 13, 2018, a Joint Motion for Continuance was filed after the parties reached a settlement agreement, and the Court entered an Amended Scheduling Order on August 22, 2018. ECF No. 96; ECF No. 100. Because the parties have represented to the Court that they have reached a settlement agreement, the Court finds the Motion is moot, and therefore **DENIES** Defendant's Motion to Bifurcate and Stay Discovery without prejudice.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    October 3, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE