IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THOMAS A. FLUHARTY, et al

  Plaintiffs,

v.

PEOPLE'S BANK, NA, et al

  Defendants.

Case No:  3:17-cv-4220

## ORDER OF COURT

Upon review of the foregoing Second Stipulation to Extend Time for Defendant People's Bank to Respond to Plaintiffs' Complaint;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, People's Bank, NA must file an Answer to Plaintiffs' Complaint by no later than November 30, 2018.

STIPULATED TO BY:

Dated: _10/30/2018__            */s/ Joe M. Supple, Esquire*
                                                          *Counsel for Plaintiff*

Dated: _10/30/2018__            */s/ John J. Richardson, Esquire*
                                                          *Counsel for Peoples Bank, N.A.*

IT IS SO ORDERED that the foregoing Stipulation is approved.

Dated: 10/31/18                             BY: _____
                                                                Robert C. Chambers
                                                                 United States District Judge